**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAUSE OF ACTION INSTITUTE<br>1875 Eye Street, NW<br>Suite 800<br>Washington, DC 20006,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE<br>2201 C Street, NW<br>Washington, DC 20520,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-2264 |

## COMPLAINT

1.　　Plaintiff Cause of Action Institute ("CoA Institute") brings this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking access to records maintained by Defendant Department of State ("State Department"). The requested records concern the State Department's management of agency communications and its practice of maintaining "guest" accounts on agency network systems. The State Department has failed to issue a final determination on or produce any records responsive to CoA Institute's request within the applicable FOIA time limits. In doing so, Defendant has withheld records to which CoA Institute has a right and that serve the public interest in transparent and accountable government.

## NATURE OF THE ACTION

2.　　OpenNet is an internal State Department "Sensitive but Unclassified" network system that "provides access to standard desktop applications, such as word processing, e-mail,

and Internet browsing, and supports a battery of custom Department software solutions and database management systems." 5 FAM § 871.2.

3. ClassNet is an internal State Department network system "for e-mail and other processing of information up to the SECRET level[.]" *Id.*

4. While investigating possible impermissible White House interference in agency FOIA procedures, CoA Institute acquired State Department records that revealed an agency practice of creating guest user accounts for non-State Department employees on OpenNet, ClassNet, and possibly other State Department network systems. Given the State Department's recent history of mishandling classified information under former Secretary of State Hillary Clinton, this practice of opening up State Department systems to non-department personnel is cause for concern. *See, e.g.,* Press Release, FBI National Press Office, Statement by FBI Director James B. Comey on the Investigation of Secretary Hillary Clinton's Use of a Personal E-Mail System (July 5, 2016), *available at* http://coainst.org/2fb5qsR.

5. In an effort to understand the use of State Department network systems and the agency's management of those systems, CoA Institute filed the FOIA request at issue in this proceeding on June 8, 2016. *See* Ex. 1 (the "June 8, 2016 FOIA request").

6. To date, the State Department has not issued a final determination on or produced any records in response to the June 8, 2016 FOIA request. The failure to issue a timely determination on the FOIA request at issue violates CoA Institute's rights under FOIA.

## JURISDICTION AND VENUE

7. Jurisdiction is asserted pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 552(a)(4)(B), (a)(6)(E)(iii).

8. Venue is proper pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

9. CoA Institute is a non-profit strategic oversight group committed to ensuring that government decision-making is open, honest, and fair. In carrying out its mission, CoA Institute uses various investigative and legal tools to educate the public about the importance of government transparency and accountability. CoA Institute regularly requests access under the FOIA to the public records of federal agencies, entities, and offices, and disseminates its findings, analysis, and commentary to the general public.

10. The State Department is an agency within the meaning of 5 U.S.C. § 552(f)(1) and has possession, custody, and control of records to which CoA Institute seeks access and that are the subject of this Complaint.

## FACTS

11. By letter, dated June 8, 2016, CoA Institute submitted a FOIA request to the State Department seeking the following records from the time period of January 20, 2009 to the present:

   a. All records concerning or containing guidance, policies, or official practices for the use of DOS [State Department] intranet systems, including but not limited to OpenNet, ClassNet, and the Principal Officers Electronic Messaging System ("POEMS"), by non-DOS personnel. This should include all documentation detailing the procedures for creating intranet user accounts for non-DOS personnel, as well as training materials provided to non-DOS users.

   b. All records concerning the creation, maintenance, suspension, or deletion of non-DOS user accounts on all DOS intranet systems for employees of the Office of the White House Counsel ("OWHC"). This includes all completed DS 7667 Forms

("New/Transfer Account Form") and F2 Access Forms ("Employee Request for System Access") submitted by OWHC personnel, as well as related correspondence between DOS and OWHC.

c. Blank, unexecuted copies of the DS 7667 Form and F2 Access Form.

d. All communications between DOS and the DOS Office of Inspector General ("DOS-OIG") concerning the use of the DOS intranet by employees of the Executive Office of the President ("EOP").

Ex. 1.

12. CoA Institute also requested a public interest fee waiver and classification as a representative of the news media for fee purposes. *Id*.

13. By letter, dated June 23, 2016, the State Department acknowledged receipt of the June 8, 2016 FOIA request, which it stated it had received on June 14, 2016, granted CoA Institute's request for a fee waiver, and assigned the request control number F-2016-06749. Ex 2.

14. By email, dated August 31, 2016, CoA Institute requested an update on the status of the request, as well as an estimated date when records would be produced. Ex. 3.

15. By return email, dated September 1, 2016, the State Department notified CoA Institute that the estimated completion date for the June 8, 2016 FOIA request would not be until December 2017. *Id*.

<strong><u>COUNT 1</u></strong><br><strong><u>Violation Of FOIA: Failure To Comply With Statutory Deadlines</u></strong>

16. Plaintiff repeats paragraphs 1 through 15.

17. FOIA requires agencies to respond to requests within twenty (20) business days or, in "unusual circumstances," within thirty (30) business days. 5 U.S.C. §§ 552(a)(6)(A)–(B).

If an agency requires additional time, FOIA mandates that the agency provide the requester "an opportunity to arrange with the agency an alternative time frame for processing the request[.]" *Id.* § 552(a)(6)(B)(ii).

18. The State Department received CoA Institute's FOIA request on June 14, 2016. Ex. 2. More than twenty (20) business days have passed since that date. The State Department has failed to issue a final determination on or produce any records responsive to the June 8, 2016 FOIA request within the applicable FOIA time limits.

19. The State Department also failed to comply with the FOIA in that it never provided CoA Institute "an opportunity to arrange with the agency an alternative time frame for processing" the FOIA request. Neither the State Department acknowledgement letter nor its subsequent update provided an actual date of completion or an invitation to contact the agency for the purposes of negotiating an alternative response date for the request.

20. CoA Institute has fully exhausted its administrative remedies under 5 U.S.C. § 552(a)(6)(C).

## RELIEF REQUESTED

WHEREFORE, CoA Institute respectfully requests and prays that this Court:

a. order Defendant to process the June 8, 2016 FOIA request expeditiously and to make a final determination within twenty (20) business days of the date of the Order;

b. order Defendant to produce all responsive records promptly upon issuing its final determination;

c. award CoA Institute its costs and reasonable attorney fees incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

     d.     grant such other relief as the Court may deem just and proper.

Date: November 15, 2016

Respectfully submitted,

*/s/ Eric R. Bolinder*
Eric R. Bolinder
D.C. Bar No. 1028335
Lee A. Steven
D.C. Bar No. 468543

CAUSE OF ACTION INSTITUTE
1875 Eye Street, NW, Suite 800
Washington, DC  20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
eric.bolinder@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*